ACCEPTED
03-14-00701-CR
7046512
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/22/2015 8:15:59 PM
JEFFREY D. KYLE
CLERK

## NO.  03-14-00701-CR

| | | |
|---|---|---|
| **BARRY PIZZO** | § | **IN THE** |
| | § | |
| **VS.** | § | **THIRD COURT** |
| | § | |
| **STATE OF TEXAS** | § | **OF APPEALS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/22/2015 8:15:59 PM
JEFFREY D. KYLE
Clerk

## MOTION TO SUPPLEMENT
## APPELLATE RECORD WITH OMITTED TRANSCRIPTIONS

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes BARRY PIZZO, Appellant in the above styled and numbered cause, and pursuant to Tex.R.App.Pro. Rule 34.6(d), requests this Court to supplement the appellate record with omitted transcriptions of trial proceedings, and for good cause would show as follows:

1.     This case is on appeal from the 207th Judicial District Court of Comal County, Texas.

2.     The case below was styled the STATE OF TEXAS vs. BARRY PIZZO, and numbered CR-2013-146.

3.     Appellant was convicted of TAMPERING WITH OR FABRICATING PHYSICAL EVIDENCE, a felony offense.

4.     Appellant was assessed a sentence of confinement in the Texas Department of Criminal Justice for LIFE.

5.     Counsel for appellant has reviewed the partial appellate record submitted to this Court.  Through his review, Counsel has determined that a speedy trial

violation occurred and a motion to set aside the indictment due to the speedy trial violation was denied by the trial court. (RR V 22, 24).

In arguing against the motion to set aside the indictment due to the speedy trial violation, the State made several allegations regarding the cause for delay. (RR V 11). Specifically, the State addressed the cause for the delays of the May 2014 trial setting and the August 2014 trial setting. (RR V 11).

The instant cause was set for trial **four** separate times. (RR V 6). *See also* Exhibit A.

The attached exhibit details the instant matter being set for trial on May 27, 2014. *No transcription of announcements made in connection with that trial setting are part of the present record.*[1]

The attached exhibit details the instant matter being set for trial on July 7, 2014. *No transcription of announcements made in connection with that trial setting are part of the present record.*

The attached exhibit details the instant matter being set for trial on August 18, 2014. Volume 4 of the present reporter's record is a transcription of the announcements made in connection with that trial setting.

The attached exhibit details the instant matter being set for trial on September

---

[1] In a separate instance, the State represented that evidence was not provided to the Defense due to its contents including child pornography. (RR V 21). Later in the record, it was revealed that the evidence in question did not contain child pornography. (RR IV 90). Accordingly, while counsel

29, 2014. Volume 5 of the present reporter's record is a transcription of the announcements made in connection with that trial setting.

6. Accordingly, the record before this Court is incomplete and does not provide an adequate basis for review of the merits of potential claims, in particular a claim regarding a speedy trial violation. At a minimum, the omitted evidentiary items are believed to be relevant to the evaluation and development of claims relating to whether appellant was provided his right to a speedy trial.

7. The omitted recordings/transcriptions are currently possessed by the Official Court Reporter for the 207th Judicial District Court of Comal County, Texas.

8. In order to facilitate a full review of the appellate record by appellate counsel and by this Court on appellate review, Appellant requests this Court to direct the Official Court Reporter for the 207th Judicial District Court of Comal County, Texas to expeditiously forward to this Court for inclusion within the appellate record transcriptions of any and all settings had in the instant cause to include, but not limited to, the announcements made in the trial court of the May 27, 2014 trial setting and the July 7, 2014 trial setting. Additionally, appellant would request the appellate record be supplemented with transcriptions of each and every setting in the trial court in the instant matter.

9. Each of the requested transcriptions are essential *on appeal* to the

for appellant would accept the State's version of the announcements made in connection with the

evaluation and development of claims relating to whether appellant was provided with a speedy trial.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion to Supplement the Appellate Record and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

THE PASTRANO LAW FIRM, P.C.
The Old Cotton Exchange Building
202 Travis Street, Suite 307
Houston, Texas 77002
Telephone:  713.222.1100
Facsimile:   832.218.7114

By:_____
    E. CHEVO PASTRANO
    State Bar No. 24037240
    chevo@pastranolaw.com

Counsel for Appellant

---

May 2014 trial setting, a transcription of the announcements can verify those events.

## **CERTIFICATE OF SERVICE**

This is to certify that on September 16, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Comal County, Texas, via facsimile and/or email.

E. Chevo Pastrano

# REGISTER OF ACTIONS
## CASE NO. CR2013-146

| | | | |
|---|---|---|---|
| **State of Texas vs. BARRY LOUIS PIZZO** | | § <br> § <br> § <br> § <br> § | Case Type: **Adult Felony** <br> Date Filed: **04/10/2013** <br> Location: **207th District Court** |

---

### PARTY INFORMATION

| | | | |
|---|---|---|---|
| **Defendant** | **PIZZO, BARRY LOUIS** <br> 725 SAN GABRIEL LOOP <br> NEW BRAUNFELS, TX 78132 | Male White <br> DOB: 07/19/1957 <br> 5' 11", 185 lbs | **Attorneys** <br> **EUSEBIO CHEVO PASTRANO** <br> *Court Appointed* <br> 832-392-6100(W) |
| | | | ~~ATANACIO CAMPOS~~ <br> *~~Court Appointed~~* <br> ~~830-620-1515(W)~~ |
| | | | ~~JAMES PEPLINSKI~~ <br> *~~Court Appointed~~* <br> ~~210-416-1129(W)~~ |
| **State** | **State of Texas** <br> 3005 W San Antonio St <br> New Braunfels, TX 78130 | Other | |

---

### CHARGE INFORMATION

| Charges: PIZZO, BARRY LOUIS | Statute | Level | Date |
|---|---|---|---|
| 1.  TAMPERING WITH PHYSICAL EVIDENCE-CT.I | 37.09(a) PC | Third Degree Felony | 02/15/2013 |
| 2.  TAMPERING WITH PHYSICAL EVIDENCE-CT.II | 37.09(a) PC | Third Degree Felony | 02/15/2013 |

---

### EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

09/29/2014 **Plea** (Judicial Officer: Boyer, R. Bruce)
    1. TAMPERING WITH PHYSICAL EVIDENCE-CT.I
        Not Guilty
    2. TAMPERING WITH PHYSICAL EVIDENCE-CT.II
        Not Guilty

10/07/2014 **Disposition** (Judicial Officer: Boyer, R. Bruce)
    1. TAMPERING WITH PHYSICAL EVIDENCE-CT.I
        Jury Conviction & Sentenced
    2. TAMPERING WITH PHYSICAL EVIDENCE-CT.II
        Jury Conviction & Sentenced

10/07/2014 **Life Sentence** (Judicial Officer: Boyer, R. Bruce)
    1. TAMPERING WITH PHYSICAL EVIDENCE-CT.I
        Confinement to Commence 10/07/2014
          Life, Texas Dept. of Criminal Justice, Texas Department of Criminal Justice
          CT. I AND II TO RUN C/C COURT COST - $1028.00
    2. TAMPERING WITH PHYSICAL EVIDENCE-CT.II
        Confinement to Commence 10/07/2014
          Life, Texas Dept. of Criminal Justice, Texas Department of Criminal Justice
          CT. I AND II TO RUN C/C COURT COST - $1028.00

**OTHER EVENTS AND HEARINGS**

02/21/2013 **SEARCH WARRANT**
03/07/2013 **ARREST WARRANT** (Judicial Officer: Rust, Mike )
03/07/2013 **MAGISTRATE WARNING** (Judicial Officer: Salyers, Ellen )
03/07/2013 **PAUPERS AFFIDAVIT (OCA)** (Judicial Officer: Salyers, Ellen )
03/15/2013 **MOTION FOR EXAMING TRIAL**
03/19/2013 **NOTICE OF HEARING**
04/03/2013 **REQUEST FOR SUBPOENA**
04/03/2013 **SUBPOENA ISSUED**
04/10/2013 **Indictment (OCA)**

---

04/10/2013 **ORDER ON CONDITIONS OF BOND** (Judicial Officer: Robison, Jack )
04/12/2013 **CAPIAS ISSUED** (Judicial Officer: Robison, Jack )
04/12/2013 **PRECEPT TO SERVE ISSUED**
04/13/2013 **MAGISTRATE WARNING**
04/23/2013 **NOTICE OF HEARING**
05/03/2013 **MOTION FOR EXAMING TRIAL**
05/03/2013 **Motion**
05/03/2013 **MOTION TO SUPPRESS**
05/03/2013 **MOTION FOR DISCOVERY AND INSPECTION**
05/03/2013 **MOTION FOR INVESTIGATOR**
05/03/2013 **DEFENDANT'S REQUEST**
05/03/2013 **Motion**
05/16/2013 **Arraignment** (9:00 AM) (Judicial Officers Steel, Gary, Robison, Jack, Ramsay, Charles, Waldrip, Dib)
Result: Reset
05/16/2013 **ORDER APPOINTING INVESTIGATOR** (Judicial Officer: Waldrip, Dib )
05/21/2013 **NOTICE OF HEARING**
05/31/2013 **REQUEST FOR SUBPOENA**
06/03/2013 **SERVICE**
06/03/2013 **Subpoena**
GROFF, RICHARD                              Served                    06/04/2013
06/13/2013 **Pre Trial (Evidentary)** (9:00 AM) (Judicial Officers Steel, Gary, Robison, Jack, Ramsay, Charles, Waldrip, Dib)
Result: Reset
06/17/2013 **NOTICE OF HEARING**
07/11/2013 **Pre Trial (Evidentary)** (9:00 AM) (Judicial Officers Steel, Gary, Robison, Jack, Ramsay, Charles, Waldrip, Dib)
Result: Reset
07/17/2013 **NOTICE OF HEARING**
07/17/2013 **REQUEST FOR SUBPOENA**
07/17/2013 **SERVICE**
07/17/2013 **Subpoena**
GROFF, RICHARD                              Served                    07/18/2013
08/08/2013 **Pre Trial (Evidentary)** (9:00 AM) (Judicial Officers Steel, Gary, Robison, Jack, Ramsay, Charles, Waldrip, Dib)
Result: Reset
08/08/2013 **MOTION TO QUASH**
08/08/2013 **MOTION TO SUPPRESS**
08/08/2013 **AFFIDAVIT**
08/08/2013 **MOTION TO QUASH**
08/09/2013 **NOTICE OF HEARING**
08/26/2013 **Pre Trial (Evidentary)** (9:00 AM) (Judicial Officers Steel, Gary, Robison, Jack, Ramsay, Charles, Waldrip, Dib)
Result: Reset
08/30/2013 **NOTICE OF HEARING**
10/17/2013 **Pre Trial (Evidentary)** (9:00 AM) (Judicial Officers Steel, Gary, Robison, Jack, Ramsay, Charles, Waldrip, Dib)
Result: Reset
11/07/2013 **Pre Trial (Evidentary)** (9:00 AM) (Judicial Officers Steel, Gary, Robison, Jack, Ramsay, Charles, Waldrip, Dib)
Result: Reset
11/07/2013 **AMENDED ORDER**
11/12/2013 **MOTION TO PAY COURT APPOINTED ATTORNEY**
11/13/2013 **ORDER TO PAY COURT APPOINTED ATTORNEY** (Judicial Officer: Boyer, R. Bruce )
12/03/2013 **Pre-Trial Hearing** (9:00 AM) (Judicial Officers Steel, Gary, Robison, Jack, Ramsay, Charles, Waldrip, Dib)
Result: Reset
01/16/2014 **Pre-Trial Hearing** (9:00 AM) (Judicial Officers Steel, Gary, Robison, Jack, Ramsay, Charles, Waldrip, Dib)
Result: Reset
02/11/2014 **Pre Trial (Evidentary)** (9:00 AM) (Judicial Officers Steel, Gary, Robison, Jack, Ramsay, Charles, Waldrip, Dib)
Result: Reset
03/03/2014 **MOTION TO DISMISS**
03/10/2014 **Pre Trial (Evidentary)** (9:00 AM) (Judicial Officers Steel, Gary, Robison, Jack, Ramsay, Charles, Waldrip, Dib)
Result: Reset
04/10/2014 **Pre Trial (Evidentary)** (9:00 AM) (Judicial Officers Steel, Gary, Robison, Jack, Ramsay, Charles, Waldrip, Dib)
Result: Reset
05/06/2014 **REQUEST FOR SUBPOENA**
05/09/2014 **SERVICE**
05/09/2014 **Subpoena**
ZANCA, LYNN MARIE                          Unserved
05/09/2014 **Subpoena**
WAHRMUND, TREY                             Served                    05/16/2014
ORTIZ, JIMMY                               Served                    05/19/2014
05/27/2014 *CANCELED* **Jury Trial** (9:00 AM) (Judicial Officers Steel, Gary, Robison, Jack, Ramsay, Charles, Waldrip, Dib)
*Re-Set*
06/09/2014 **REQUEST FOR SUBPOENA**
06/18/2014 **SERVICE**
06/18/2014 **Subpoena**
ZANCA, LYNN MARIE                          Unserved
06/26/2014 **MOTION TO QUASH** (Judicial Officer: Boyer, R. Bruce )
07/07/2014 **Jury Trial** (9:00 AM) (Judicial Officers Steel, Gary, Robison, Jack, Ramsay, Charles, Waldrip, Dib)
Result: Reset

| 07/24/2014 | **REQUEST FOR SUBPOENA** | | |
| 07/24/2014 | **SERVICE** | | |
| 07/24/2014 | **Subpoena** | | |
| | ZANCA, LYNN MARIE | Served | 07/29/2014 |
| | | Returned | 08/01/2014 |
| 08/18/2014 | *CANCELED*  **Jury Trial**  (9:00 AM) (Judicial Officers Steel, Gary, Robison, Jack, Ramsay, Charles, Waldrip, Dib) | | |
| | *Re Set* | | |
| 09/03/2014 | **REQUEST FOR SUBPOENA** | | |
| 09/03/2014 | **SERVICE** | | |
| 09/03/2014 | **Subpoena** | | |
| | ZANCA, LYNN MARIE | Served | 09/15/2014 |
| 09/03/2014 | **Subpoena** | | |
| | LUNA, RENE | Served | 09/09/2014 |
| 09/19/2014 | **Motion For Speedy Trial** | | |
| 09/19/2014 | **MEMORANDUM** (Judicial Officer: Boyer, R. Bruce ) | | |
| 09/22/2014 | **REQUEST FOR SUBPOENA** | | |
| 09/22/2014 | **SERVICE** | | |
| 09/22/2014 | **Subpoena** | | |
| | SCHULLE, CANDACE HUGHES | Returned Unserved | 10/07/2014 |
| | | Returned | 10/07/2014 |
| 09/23/2014 | **REQUEST FOR SUBPOENA** | | |
| 09/23/2014 | **SERVICE** | | |
| 09/23/2014 | **Subpoena** | | |
| | STOVER, KELLY | Returned Unserved | 09/29/2014 |
| | | Returned | 09/29/2014 |
| | CRAIN, DENNIS | Served | 09/23/2014 |
| 09/29/2014 | **Jury Trial**  (9:00 AM) (Judicial Officers Steel, Gary, Robison, Jack, Ramsay, Charles, Waldrip, Dib) | | |
| | Result: Convicted | | |
| 09/29/2014 | **JURYLIST** (Judicial Officer: Boyer, R. Bruce ) | | |
| 09/30/2014 | **REQUEST FOR SUBPOENA** | | |
| 09/30/2014 | **SERVICE** | | |
| 09/30/2014 | **Subpoena** | | |
| | ZANCA, LYNN MARIE | Returned Unserved | 10/08/2014 |
| | | Returned | 10/08/2014 |
| 10/07/2014 | **MOTION IN LIMINE** | | |
| 10/07/2014 | **DEF'S ELECTION AS TO PUNISHMENT** | | |
| 10/07/2014 | **AGREEMENT TO WAIVE SEQUESTRATION** | | |
| 10/07/2014 | **CHARGE OF THE COURT** | | |
| 10/07/2014 | **CHARGE ON PUNISHMENT** (Judicial Officer: Boyer, R. Bruce ) | | |
| 10/07/2014 | **CERTIFICATE FOR RIGHT TO APPEAL** (Judicial Officer: Boyer, R. Bruce ) | | |
| 10/07/2014 | **WRIT** | | |
| 10/07/2014 | **RECEIPT FOR EXHIBITS** | | |
| 10/07/2014 | **JUDGMENT** (Judicial Officer: Boyer, R. Bruce ) | | |
| 10/08/2014 | **COURT COST** | | |
| 10/08/2014 | **MOTION TO PAY COURT APPOINTED ATTORNEY** (Judicial Officer: Boyer, R. Bruce ) | | |
| 10/16/2014 | **ORDER TO PAY COURT APPOINTED ATTORNEY** (Judicial Officer: Boyer, R. Bruce ) | | |
| 10/21/2014 | **WITNESS FEE CLAIM** (Judicial Officer: Boyer, R. Bruce ) | | |
| 10/31/2014 | **STATEMENT OF FACT FORM** | | |
| 11/04/2014 | **MOTION FOR NEW TRIAL** (Judicial Officer: Boyer, R. Bruce ) | | |
| 11/04/2014 | **NOTICE OF APPEAL** (Judicial Officer: Boyer, R. Bruce ) | | |
| 11/04/2014 | **Motion** (Judicial Officer: Boyer, R. Bruce ) | | |
| 11/04/2014 | **WRITTEN DESIGNATION** | | |
| 11/04/2014 | **REQUEST FOR PREPARATION OF REPORTER'S RECORD** | | |
| 11/05/2014 | **APPEAL INFORMATION SHEET** | | |
| 11/06/2014 | **ORDER** (Judicial Officer: Boyer, R. Bruce ) | | |
| 11/06/2014 | **ORDER FOR FREE REPORTER'S RECORD** | | |
| 11/06/2014 | **ORDER** (Judicial Officer: Boyer, R. Bruce ) | | |
| 11/07/2014 | **NOTICE OF APPEARANCE** | | |
| 11/18/2014 | **PEN PACKET DOCUMENT CHECKLIST** | | |
| 11/18/2014 | **COMMITMENT** | | |
| 12/01/2014 | **WITNESS FEE CLAIM** (Judicial Officer: Boyer, R. Bruce ) | | |
| 02/17/2015 | **LETTER** | | |
| 06/05/2015 | **MOTION TO WITHDRAW** | | |
| 06/05/2015 | **ORDER** (Judicial Officer: Boyer, R. Bruce ) | | |
| 06/08/2015 | **ORDER APPOINTING ATTORNEY ON APPEAL** (Judicial Officer: Boyer, R. Bruce ) | | |
| 06/10/2015 | **LETTER** | | |
| 06/11/2015 | **LETTER** | | |
| 06/12/2015 | **LETTER** | | |
| 08/26/2015 | **LETTER** | | |
| 08/28/2015 | **LETTER** | | |

### FINANCIAL INFORMATION

**Defendant** PIZZO, BARRY LOUIS
Total Financial Assessment

14,698.00

| | Total Payments and Credits | 0.00 |
| | **Balance Due as of 09/14/2015** | **14,698.00** |

| 11/19/2013 | Transaction Assessment | 950.00 |
| 10/08/2014 | Transaction Assessment | 1,028.00 |
| 10/16/2014 | Transaction Assessment | 12,720.00 |